STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LINDEMAN**
**Tel.: (212) 356-0418**
**tlindema@law.nyc.gov**

October 6, 2026

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall United States District Court
40 Foley Square
New York, New York, 10007

The Clerk of the Court is respectfully directed to terminate the open motion at Doc. 7.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/7/2026

Re: *Bd. Of Educ. v. J.S., et al*, 26-cv-4728(VSB)

Dear Judge Broderick

I am Senior Counsel in the office of Corporation Counsel Steven Banks, attorney for Plaintiff in the above-referenced action.

I write jointly with Defendants to request that the instant matter be stayed pending the resolution of an appeal pending before the SRO in connection with IHO Case No. 283968.

As background, the instant matter is an appeal of SRO Decision 25-185, itself an appeal of an FOFD issued in IHO Case No. 283968, in which the SRO declined to consider additional evidence submitted by DOE concerning alleged fraudulent conduct by Student-Defendant A.P.'s ABA services provider, Ruby McCargo.

Following the issuance of SRO Decision 25-185, the SRO remanded the matter back to the IHO "to clarify the frequency of ABA services to be awarded for the 2024-25 school year, as well as, in her discretion, to correct any minor typographical errors in her original decision." SRO Decision p.11.

On May 13, 2026, the IHO issued a further decision, which DOE subsequently appealed to the SRO. That appeal was docketed as SRO Case No. 26-793. The matter was fully briefed as of July 13, 2026. The SRO's determination remains pending.

Plaintiff brings the instant appeal to avoid waiving any arguments concerning the SRO's decision not to admit and consider additional evidence below. However, the merits of the underlying administrative suit are still pending before the SRO. The parties anticipate that any SRO decision will necessitate amendment by Plaintiffs to further appeal the later in time decision or a cross-appeal by Defendants should Plaintiff prevail.

Judicial economy will be preserved by the requested stay. Absent a stay and subsequent amended or counter-pleadings, the parties will likely brief similar issues twice, resulting in duplicative argument and unnecessary expenditure of judicial resources resolving those issues.

Thus, in light of the anticipated necessary further pleadings upon the final decision of the SRO in Case No. 26-793, the parties respectfully request that the instant matter be stayed pending that resolution, and that they be allowed to submit a status letter within 14 days of the issuance of the final decision of the SRO.

Thank you for considering this submission.

Respectfully submitted,
/s/
Thomas Lindeman
Senior Counsel

cc: Laura Dawn Barbieri Esq. (via ECF)